

Recorded in the Ofo Recorder of Deeds Book 1 Page 48          contactofoband@gmail.com
*Dormiunt Aliquando Leges, Nunquam Moriuntur*                                          1
*Omissio eorum quae tacite insunt nihil operatur*
*Communitates utens cum de Indis Americae est perculiarius dangerouse*

---

05/17/2024

*Citizen of the OFO Band*

**Beneficial Indian Land Owner:**
**Ofo Band of the CASHBOX TRUST TRIBE** Ex. rel. **Tribal member** Antonia Bey, The United States Department of Interior and the Bureau of Indian Affairs
℅ 2837 Texas Ave #A Saint Louis, MO

**Recipient(s) Name(s):**
Christopher Mantese agent of Mysteria LLC **(Incorporated in the State of Missouri)**
2624 Lyle Ave Saint Louis, MO 63143 United States

Vito Mantese/ChinJingwan agents of Green Engine LLC **(Incorporated in the State of Missouri)**
3646 Cleveland Ave St. Louis, Mo, United States

Rick R. Parks CEO First Waterloo Bancshares Inc. **(Incorporated in the State of Illinois)**
228 S Main St. Waterloo, IL, 62298-1324 United States

Dear Recipient's,
Under the Ofo Band's adopted principles and ideas of the Father of Federal Indian Law '*Felix Cohen*', this notice is issued by the Authority of the **Ofo Band of the CASHBOX TRUST TRIBE** in regards to Trespass in Indian Country.

**(1) The Basis for the Trespass Determination:**
It has been determined that you have executed unauthorized actions on the following property committing transgressions in Indian Country by means of use of confidence games, which is in direct violation of the aforementioned ~~regulation.~~ *Authority.*

**(2) Legal Description of Trespass Location:**
The trespass occurred on Lot 13 in Block 10 of Durand Tract and in Block 1422 of the City of St. Louis, Missouri, shown on the plat thereof having a frontage of 25 feet on the West line of Texas Avenue, by depth Westwardly of 125 feet 5 inches on its South line to an alley: bounded North by the South line of Labidie and Lynch's Addition and South by Lot 12 in Block 10 of Durand Tract, commonly known as **2837 Texas Ave Saint Louis, MO 63118**.



Recorded in the Ofo Recorder of Deeds Book 1 Page 48         contactofoband@gmail.com
*Dormiunt Aliquando Leges, Nunquam Moriuntur*                                2
*Omissio eorum quae tacite insunt nihil operatur*
*Communitates utens cum de Indis Americae est perculiarius dangerouse*

---

### (3) Verification of Ownership of Unauthorized Property:
We have verified ownership of the unauthorized property and actions in St. Louis City Recorder of Deeds documents number **08102020-0175 and 11242021-0184**, and St. Louis City Circuit Court case number **2322-AC15067**.

### (4) Corrective Actions Required:
You are hereby required to immediately cease and desist from any further trespassing activities(actions, extortion, coercion, etc..) on the aforementioned property.

### (5) Time Frames for Corrective Actions: *72 delivery*
The corrective actions must be taken within ~~24~~ hours from the ~~receipt~~ delivery of this notice, ~~or within 24 hours of delivery of this Notice to the St. Louis City Recorder of Deeds via email~~, first class mail, or personally. *via*

### (6) Potential Consequences and Penalties:
Failure to comply with this notice and take the required corrective actions within the specified time frame may result in legal action, including but not limited to fines, civil penalties, and/or prosecution to the fullest extent of Tribal and federal law.

### (7) Statement Regarding Unauthorized Property:
Please be advised that unauthorized property may not be removed or disposed of unless specifically authorized by us.

*to all parties ell 05/20/24*

This notice serves as formal notification and Certificate of Service of your trespass violation and the necessary actions required to rectify the situation. Failure to comply may result in further legal action.

Sincerely,

_____
Chief Eagle Eye
Tribal Chief
Ofo Band of the CASHBOX TRUST TRIBE